UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Montel M. McClelland,**

    **Plaintiff,**

    v.                                 **Case No. 2:20–cv–5331**

**City of Steubenville, *et al*,**            **Judge Michael H. Watson**

    **Defendants.**                     **Magistrate Judge Jolson**

## OPINION AND ORDER

Montel McClelland ("Plaintiff"), proceeding without the assistance of counsel, filed this case and moved to proceed *in forma pauperis*. Mot., ECF No. 1. The Magistrate Judge issued a Report and Recommendation ("R&R") recommending dismissal pursuant to 28 U.S.C. § 1915(a). R&R, ECF No. 4.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). *Id.* The R&R advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**, and Plaintiff's Complaint is **DISMISSED**. ECF No. 4. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons stated in the R&R, any appeal of this Order would not be taken in good faith and therefore **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk is **DIRECTED** to terminate this case.

    **IT IS SO ORDERED.**

                                                  */s/ Michael H. Watson*
                                                  **MICHAEL H. WATSON, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**